COURT OF APPEALS NO. 03-15-00319-CV

TRIAL COURT CAUSE NO. C-1-CV-14-007906

RECEIVED
JUN 16 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

DAVID RAETZSCH,                    X

    Appellant pro se,    X    COURT OF APPEALS

Vs                                 X    THIRD DISTRICT OF TEXAS

BARBARA LOVINGS HORTON,    X    AUSTIN, TEXAS

    Appellee pro se    X

OBJECTION TO STYLE AND COURT BY CATHY MATA-LINDEGREN THE OFFICIAL COURT REPORTER COUNTY COURT NUMBER ONE, TRAVIS COUNTY COURTHOUSE STATE OF TEXAS TO THE HONORABLE JUDGES OF THE COURT OF APPEALS THIRD DISTRICT OF TEXAS:

    COMES NOW, David Raetzsch, pro se, a layman at law, with limited understanding of the english language and proceedings in Travis County Courts. From the reading of the June 9, 2015 letter from the Honorable Jeffrey D. Kyle, Clerk of the Court of Appeals. The common sense comprehension is this case is styled: David Raetzsch Appellant pro se Vs. Barbara Lovings Horton Appellee pro se, in the Court of Appeals, Third District Of Texas Court of Appeals No. 03-15-00319-CV, Trial Court Cause No. C-1-CV-14-007906.

    The Honorable DeBeauvoir, and Honorable Deputy Schreiner, and the Honorable Mata-Lindegren keep on re-styleing the case so Appellant pro se does not understand. Definitions, ect. ... Re-Styled.

(OBJECTION)          1. of 2.          (WRITTEN)

Appellant recieved the "Contest of Affidavit Of Inability To Pay Costs" on the afternoon of June 15, 2015 and it was not styled correctly, and filed in Travis County Court At Law No1, where the Honorable Cathy Mata-Lindegren works as court reporter.

That is biased, prejudiced, and without jurisdiction. Notice of hearing in two days, at 8:30 AM. So excuse this rush of "Objection".

The Honorable Jeffrey D. Kyle, Clerk of the Court of Appeals, seems to have clearly stated, any contest of inability to pay should be filed in the Court of Appeals, correctly by June 19, 2015. As "Appellant" understands it.

Appellant will hand deliver a copy of this objection to the Court of Appeals before the hearing. The Honorable Clerk of the Court of Appeals should be made aware, "insidious actions" of the officers of the County Courts in Travis County.

Wherefore premises considered, Appellant prays this objection be taken in good faith and for good cause, as the ends of justice so require.

Respectfully,

X _David Raetzsch_  6-15-15

David Raetzsch

Appellant pro se

(OBJECTION)          2. of 2.          (WRITTEN)

"CERTIFICATE OF SERVICE"

I, David Raetesch 7101 N. IH 35, Apt. 133, Austin, Texas 78752, sent one (1) copy of the "Objection To Style And Court By Cathy Meta-Lingegren The Official Court Reporter County Court Number One, Travis County Courthouse State Of Texas," and the "2nd Affidavit Of Inability To Pay Costs For Motion For Leave To Proceed As Pauper" by U.S. Mail postage pre-paid, to Barbara Lovings Horton, P.O. Box 143537 Austin, Tx. 78714-3537, this 16th Day of June 2015,

X _David Raetesch_

David Raetesch

7101 N. IH 35

Austin, Tx. 78752

Hand delivered to Court of Appeals, Third District of Texas, 14th St., P.O. Box 12547, Austin, Texas 78711-2547 on the 16th day of June 2015,

X _David Raetesch_

David Raetesch